CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>INNOWI, INC,<br><br>        Defendant. | Case No. 5:18-cv-05814<br><br>**PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B, C, AND D TO THE COMPLAINT**<br><br>Judge:    Hon.<br>Place:    Courtroom<br>Date:<br>Time: |

1    Plaintiff Poynt Corporation ("Plaintiff") hereby moves to file Exhibits B, C and D to the
2    Complaint under seal pursuant to Civil Local Rules 7-11 and 79-5.

3    Plaintiff respectfully requests permission to file Exhibit B to the Complaint under seal
4    because it is a confidential contract between the Plaintiff and Whizz Systems, Inc./Defendant
5    Innowi, Inc.  The agreement contains specific information regarding Poynt's goals and
6    requirements for the development project, including cost requirements, production cycles,
7    payment structures and other related financial information.  The publication of this information
8    would be harmful to Poynt as it would permit Poynt's future contractors to have a more favorable
9    negotiating position against Poynt in future dealings, and would allow Poynt's competitors to
10   infer information about its costs and thereby gain an unfair pricing advantage.  The sensitive
11   information is also only tangentially related to the merits of this case, as the allegations of breach
12   pertain to a single clause in this contract regarding ownership of intellectual property, which has
13   been detailed in the Complaint.

14   Plaintiff also respectfully requests permission to file Exhibits C and D under seal.  These
15   exhibits are draft agreements pertaining the termination of the development project specified in
16   Exhibit B and their public disclosure would be harmful to Poynt for the same reasons.

17   Additionally, Plaintiff suspects that Defendant Innowi is likely to wish to treat this
18   document as confidential as well, and that Innowi would object to their submission absent a
19   sealing order.  These materials each reveals sensitive information about Innowi's project pricing.
20   Because this Motion to Seal is being submitted at the outset of the case and because Innowi is
21   thus unlikely to be able to comply with the L.R. 79-5(e) to present evidence for the sealability of
22   its own confidential information, Poynt submits the documents for sealing in their entirety.

23   Each of these documents was previously received from or sent to Innowi, and Poynt
24   believes that Innowi has access to these documents within their own records.

25   Pursuant to Civ. L.R. 79-5(e), the Declaration of Osama Bedier is submitted herewith and
26   a Proposed Order are filed herewith to identify the information sought to be sealed.

27
28

PLAINTIFF POYNT'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

| | | |
|---|---|---|
| Dated: September 21, 2018 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Clement Seth Roberts* |
| | | CLEMENT SETH ROBERTS |
| | | JACOB M. HEATH |
| | | WILL MELEHANI |
| | | JOHANNA L. JACOB |
| | | Attorneys for Plaintiff Poynt Corporation |