CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INNOWI, INC,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05814<br><br>**DECLARATION OF OSAMA BEDIER IN SUPPORT OF PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B, C AND D TO THE COMPLAINT**<br><br>Judge:　　Hon. |

I, Osama Bedier, declare and state as follows:

1. I am the CEO of Poynt Corporation ("Poynt"). I am familiar with our confidential information and the potential harm that Poynt would suffer if its confidential information were publicly disclosed.

2. Exhibit B to the Complaint is a true and correct copy of an agreement between Poynt and Defendant Innowi, Inc. This agreement is marked confidential and has been treated as confidential by Poynt since its execution. Copies of this agreement have been maintained on a secure computer systems and have not been publicly disclosed or shared with unauthorized third parties.

3. Exhibit B contains specific information regarding Poynt's goals and requirements for the development of its payment terminal product. This sensitive information includes all cost requirements, prices, production cycles, payment structures and other related financial information. The publication of this information would be harmful to Poynt as it would permit Poynt's future contractors to have a more favorable negotiating position against Poynt in future dealings. The publication of this agreement would also be harmful to Poynt because it would allow Poynt's competitors to infer information about its costs and thereby gain an unfair pricing advantage.

4. Exhibit C and D to the Complaint are true and correct copies of draft agreements between Poynt and Innowi pertaining to the termination of the agreement detailed in Exhibit B. These drafts have been treated as confidential by Poynt at all times. Copies of these drafts have been maintained on a secure computer systems and have not been publicly disclosed or shared with unauthorized third parties.

5. Exhibits C and D each contain specific payment information regarding amounts offered and requested pursuant to the payment structure set forth in Exhibit B. Exhibits C and D further contain confidential technical information concerning the progress of Poynt's product development and various details about the development process. The publication of this information would be harmful to Poynt for the same reasons set forth above with regard to Exhibit B.

- 1 -

Bedier Decl. ISO
Plaintiff's Administrative
Motion to File Under Seal

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 21th day of September, 2018 in Palo Alto, California. |

 

                                                           OSAMA BEDIER

### Filer's Attestation

Pursuant to Local Rule 5.1(i)(3), I attest that the signatories listed above concurred in the filing of this document.

Dated: September 21, 2018                                                 ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                          By:      */s/ Clement Seth Roberts*
                                                                     CLEMENT SETH ROBERTS
                                                                     JACOB M. HEATH
                                                                     WILL MELEHANI
                                                                   JOHANNA L. JACOB
                                       Attorneys for Plaintiff Poynt Corporation