1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA 94105
   Telephone:   +1-415-773-5700
7  Facsimile:   +1-415-773-5759

8  Attorneys for Plaintiff
   POYNT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INNOWI, INC,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05814<br><br>**PLAINTIFF POYNT CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:　Hon. |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Poynt Corporation ("Poynt") discloses that it has no parent corporation and no public company owns more than 10% of its stock. No other entities have a financial interest in the subject matter in controversy. Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no other interested entities or persons to report as of this date.

Dated: September 21, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             By:    /s/ Clement Seth Roberts
                                                    CLEMENT SETH ROBERTS
                                                    JACOB M. HEATH
                                                    WILL MELEHANI
                                                    JOHANNA L. JACOB
                                                    Attorneys for Plaintiff Poynt Corporation