1  Neel Chatterjee (SBN 173985)
   *nchatterjee@goodwinlaw.com*
2  Luc Dahlin (SBN 305732)
   *ldahlin@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA 94063
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Attorneys for Defendant

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 | POYNT CORPORATION,        | Case No. 5:18-cv-05814-BLF
12 |          Plaintiff,       | **DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
13 |     v.                    |
14 | INNOWI, INC.,             | Date:       February 14, 2019
   |                           | Time:       9:00 am
15 |          Defendant.       | Courtroom:  Courtroom 3, 5th Floor
   |                           | Judge:      Hon. Beth L. Freeman
16 |                           |
17 |                           | Filed/Lodged Concurrently with:
   |                           |   1. Administrative Motion to File Under Seal
18 |                           |   2. [Proposed] Order Granting Administrative Motion to File Under Seal
19 |                           |   3. Proof of Service
20

21
22
23
24
25
26
27
28

ACTIVE/97000735.1

DECLARATION OF NEEL CHATTERJEE IN SUPPORT OF
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                         CASE NO. 5:18-CV-05814

I, NEEL CHATTERJEE, declare and state as follows:

1. I am a partner in the law firm of Goodwin Procter LLP counsel of record for Defendant, Innowi, Inc. in the above-entitled action. I am duly admitted to practice before all courts of the State of California. I have personal knowledge of the facts set forth in the declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2. Poynt Corporation filed a Complaint for Damages and Equitable Relief ("Complaint") as well as an Administrative Motion to File Under Seal Exhibit B, C, and D, to the Complaint ("AMFUS Motion") and supporting declaration on September 21, 2018. Dkt. 3. On October 4, 2018, the Court entered a Modified Order Granting Poynt's AMFUS Motion.

3. Exhibit B to the Complaint ("Exhibit B") was filed under seal and is marked on its face as "Confidential." Based on this marking and Poynt's declaration stating that Exhibit B contains confidential information that would harm Poynt if it were to become public, Innowi intends to likewise treat Exhibit B as confidential and file any specific references to terms, or quotes from, Exhibit B under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2018, at Redwood City, California.

                                                                        */s/ Neel Chatterjee*
                                                                         Neel Chatterjee

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 15, 2018.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of November 2018.

*/s/ Neel Chatterjee*
NEEL CHATTERJEE