CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>INNOWI, INC.,<br><br>                    Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**DECLARATION OF WILL MELEHANI IN SUPPORT OF PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Courtroom 3, 5th Floor<br>Judge:  Hon. Beth L. Freeman |

4126-9291-5481.1

MELEHANI DECL. ISO PLAINTIFF'S
ADMINISTRATIVE MOT. TO FILE UNDER SEAL
5:18-CV-05814 BLF

I, WILL MELEHANI, declare and state as follows:

1. I am an Associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for Plaintiff Poynt Corporation ("Poynt") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this Declaration in support of Plaintiff Poynt Corporation's Administrative Motion to File Under Seal its Opposition to Defendant Innowi, Inc.'s Motion to Dismiss. I have personal knowledge of the facts set forth below, except as otherwise stated, and if called as a witness I could and would testify competently to those facts.

2. Poynt Corporation's Opposition to Defendant Innowi, Inc.'s Motion to Dismiss ("Opposition Brief") contains confidential material that should be sealed from the public record. Specifically, the Opposition Brief discusses or quotes Exhibits B and D to the Complaint currently maintained under seal by the Court.

3. Poynt's previous administrative motion to file the entirety of Exhibits B, C and D to the Complaint was filed on September 21, 2018 (Dkt. 3) and was granted by the Court on October 4, 2018 (Dkt. 15). It is my understanding and belief that Innowi has not challenged the sealing order at Dkt. 15.

4. The Declaration of Osama Bedier in Support of Plaintiff Poynt Corporation's Administrative Motion to File Under Seal Exhibits B, C and D to the Complaint filed on September 21, 2018 (Dkt. 3-1) sets forth in detail the basis for asserting the confidentiality of Exhibits B, C and D to the Complaint.

5. Poynt has narrowly tailored the material to be sealed and solely redacted portions of its Opposition Brief that discuss or quote Exhibits B and D to the Complaint.

6. Poynt intends to treat and maintain as confidential any specific references and quotes to Exhibits B and D to the Complaint in the Opposition Brief.

///
///
///
///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of November, 2018 in San Francisco, California.

_____
WILL MELEHANI