CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| INNOWI, INC., | |
| Defendant. | Date:<br>Time:<br>Courtroom 3, 5th Floor<br>Judge:  Hon. Beth L. Freeman |

**ORDER**

Having considered Plaintiff Poynt Corporation's ("Poynt") Administrative Motion to File Under Seal ("Motion to Seal"), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that Poynt's Motion to Seal is **GRANTED** as follows:

| DOCUMENT | PORTIONS OF DOCUMENT TO BE SEALED |
|---|---|
| Plaintiff Poynt Corporation's Opposition to Defendant Innowi, Inc.'s Motion to Dismiss | 3:3-5; 5:15-18; 6:19-20; 7:14-15; 11:7-8 |

**IT IS SO ORDERED**.

Dated: _____        _____
                                                                                                           Honorable Beth L. Freeman