1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA  94105
   Telephone:    +1-415-773-5700
7  Facsimile:    +1-415-773-5759

8  Attorneys for Plaintiff
   POYNT CORPORATION
9

10                 IN THE UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  POYNT CORPORATION,                    Case No. 5:18-cv-05814 BLF

15                     Plaintiff,         **DECLARATION OF WILL
                                          MELEHANI IN SUPPORT OF
16         v.                             PLAINTIFF POYNT
                                          CORPORATION'S OPPOSITION TO
17  INNOWI, INC.,                         DEFENDANT INNOWI, INC.'S
                                          MOTION TO DISMISS**
18                     Defendant.
                                          Date:   February 14, 2019
19                                        Time:  9:00 a.m.
                                          Courtroom 3, 5th Floor
20                                        Judge: Hon. Beth L. Freeman

21

22

23

24

25

26

27

28

I, WILL MELEHANI, declare and state as follows:

1.      I am an Associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for Plaintiff Poynt Corporation ("Poynt") in the above-captioned matter.  I am a member in good standing of the Bar of the State of California.  I make this Declaration in support of Plaintiff Poynt Corporation's Opposition to Defendant Innowi, Inc.'s Motion to Dismiss.  I have personal knowledge of the facts set forth below, except as otherwise stated, and if called as a witness I could and would testify competently to those facts.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Information ("Whizz SOI") of Whizz Systems, Inc. ("Whizz") filed in the office of the Secretary of State of the State of California on October 11, 2011.  The Whizz SOI was certified as true and correct by Munawar Karimjee, CEO, on October 11, 2011.  Ex. 1 ¶ 15.  As indicated in the Whizz SOI, the corporate address of Whizz is 3240 Scott Boulevard, Santa Clara, California.  Ex. 1 ¶¶ 2, 3.  Additionally, as indicated in the Whizz SOI, Munawar Karimjee and Muhammad Irfan were officers of Whizz.  Ex. 1 ¶¶ 5-7.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Statement of Information ("Innowi SOI") of Innowi, Inc. ("Innowi") filed in the office of the Secretary of State of the State of California on March 11, 2014.  The Innowi SOI was certified as true and correct by Zia Hasnain, CEO, on March 11, 2014.  Ex. 2 ¶ 17.  As indicated in the Innowi SOI, the corporate address of Innowi is 3240 Scott Boulevard, Santa Clara, California.  Ex. 2 ¶¶ 4, 5.  Additionally, as indicated in the Innowi SOI, Muhammad Irfan and Munawar Karimjee were directors of Innowi.  Ex. 2 ¶ 10 and p. 2 (List of Additional Directors).

4.      Therefore, as indicated in both SOIs, Whizz and Innowi share the same business address.  Further, per both SOIs, Munawar Karimjee and Muhammad Ifran, both officers at Whizz, were directors at Innowi.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a web page entitled "Whizz Systems, Inc | EquityNet.", except the cited portions have been highlighted in green.  On November 27, 2018, at my supervision and direction, Ms. Amy Maruska, a paralegal for Orrick, captured this web page from the EquityNet website at URL:  https://www.equitynet.com/c/whizz-

1    systems-inc, and highlighted the cited portions in green.  The web browser was set to display the

2    title, the total number of pages, the URL address, and the date the web page was captured in the

3    header and footer by Ms. Maruska.  As of the date of this Declaration, this web page can still be

4    accessed at the aforementioned URL.

5         6.    It is my understanding and belief, that Internet Archive ("IA") is a website that

6    provides a number of services including a service called Wayback Machine.  The Internet

7    Archive Wayback Machine ("IAWM") "is a service that allows people to visit archived versions

8    of Web sites.  Visitors to the Wayback Machine can type in a URL, select a date range, and then

9    begin surfing on an archived version of the Web."

10   (https://archive.org/about/faqs.php#The_Wayback_Machine).  If archived records for a URL are

11   available, the visitor is provided a list of dates.  The visitor can then select a date and begin to surf

12   an archived version of the Web.  IA assigns a URL on its site to the archived files which allows

13   the visitor to determine the date and time of the Wayback captures by the date code embedded in

14   IA's archived URL.  Per IA, "This is the list of numbers in the middle [of the URL]; it translates

15   as yyyymmddhhmmss in GMT.  For example, in this url

16   http://web.archive.org/web/20000229123340/http://www.yahoo.com/ the date the site was

17   crawled was Feb 29, 2000 at 12:33 and 40 seconds."

18   (https://archive.org/about/faqs.php#The_Wayback_Machine).

19        7.    In November 2018, I ran a keyword search for "innowi.com" in the Internet

20   Archive Wayback Machine website ("IAWM") located at URL:  https://web.archive.org.  My

21   keyword search resulted in numerous archived web captures for "innowi.com."  I focused my

22   review around the September 2015 time period which is when Innowi filed its first patent

23   application.  I located an innowi.com web page captured on August 1, 2015 ("Aug. 2015 Web

24   Page") by IAWM.  As of the date of this Declaration, the Aug. 2015 Web Page can still be

25   accessed at URL: https://web.archive.org/web/20150801130549/http://innowi.com/.

26        8.    Attached as **Exhibit 4** is a true and correct copy of the Aug. 2015 Web Page,

27   except the cited portions have been highlighted in green.  On November 28, 2018, at my

28   supervision and direction, Ms. Maruska accessed URL:

1  https://web.archive.org/web/20150801130549/http://innowi.com/, printed same to PDF and

2  highlighted the cited portions in green.  The web browser was set to display the title, the total

3  number of pages, the URL address, and the date the web page was captured in the header and

4  footer by Ms. Maruska.

5          I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct.

7          Executed this 29th day of November, 2018 in San Francisco, California.

8

9                                          WILL MELEHANI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
| --- |

**E-H02862**

**FILED**

In the office of the Secretary of
State of the State of California

**Oct - 11 2011**

This Space For Filing Use Only

---

1. **CORPORATE NAME**

C2207465

WHIZZ SYSTEMS, INC.

Text

---

**Due Date:**

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 3240 SCOTT BLVD   SANTA CLARA  CA  95054 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 3240 SCOTT BLVD   SANTA CLARA  CA  95054 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| MUNAWAR   KARIMJEE  3877 HANCOCK DR   SANTA CLARA, CA 95051 | | | | |
| 6. SECRETARY | | | | |
| MUHAMMAD   IRFAN  421 CASITA WAY   LOS ALTOS, CA 94022 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| MUNAWAR   KARIMJEE  3877 HANCOCK DR   SANTA CLARA  CA 95051 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| MUNAWAR  KARIMJEE    3877 HANCOCK DR   SANTA CLARA, CA 95054 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |

---

11.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
| --- | --- | --- | --- |
| MUNAWAR  KARIMJEE | | | |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 3877 HANCOCK DR   SANTA CLARA, CA 95051 | | | |

---

**Type of Business**

| 14.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
| --- |
| DESIGN AND MANUFACTURING |

15.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/11/2011 | MUNAWAR  KARIMJEE | CEO | |
| --- | --- | --- | --- |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

---

SI-200 C (REV 10/2010)                                                                                                                                APPROVED BY SECRETARY OF STATE

# EXHIBIT 2

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**EX24014**

# FILED

In the office of the Secretary of State
of the State of California

**MAR-11 2014**

1. **CORPORATE NAME**
INNOWI INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3650379

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ ZIA HASNAIN | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 8. SECRETARY VIJAYKUMAR SANTHAKUMAR | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 9. CHIEF FINANCIAL OFFICER/ ZIA HASNAIN | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME MUHAMMAD IRFAN | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 11. NAME ZIA HASNAIN | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |
| 12. NAME VIJAYKUMAR SANTHAKUMAR | 3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ROBERT ARTHUR

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1641 N. FIRST ST., SAN JOSE, CA 95112 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WIFI PRODUCTS

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/11/2014 | ZIA HASNAIN | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 2 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

## State of California
### Secretary of State



Attachment to
Statement of Information

(Domestic Stock and Agricultural Cooperative Corporations)

S

# EX24014

ice of the Secretary of State of the State of (

**MAR-11 2014**

*This Space for Filing Use Only*

**A.   CORPORATE NAME**

INNOWI INC.

**B.  CALIFORNIA CORPORATE NUMBER**   C3650379

**C.   List of Additional Directors**

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|------|---------|------|-------|----------|
| MUNAWAR  KARIMJEE     3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | | |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| ASIF  RAO    3240 SCOTT BLVD, SANTA CLARA, CA 95054 | | | | |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |
| NAME | ADDRESS | CITY | STATE | ZIP CODE |

# EXHIBIT 3



## Whizz Systems, Inc

Santa Clara, CA 95054, US
Consumer Products
www.whizzsystems.com (http://www.whizzsystems.com)

HELLO,
NOT LOOKING FOR FUNDING - LOOKING TO PARTNER. PLEASE READ ON ..............

I would like the opportunity to speak with you about Whizz Systems, Inc.. We aren't looking for funding. We're looking to hook with your portfolio partners and help them if they need Top Shelf design and manufacturing services.

For 15 years, Whizz Systems, Inc. has provided hardware design and manufacturing services to technology companies across 3 continents. We are trying to network and connect with startups in the Angel World. We provide board design, FPGA design, industrial/mechanical design, rapid prototyping and NPI/production ramp at our Santa Clara facility.. We have another facility in Malaysia that get our customers to a volume point where they become interesting to satellite Tier 1 EMS companies (Jabil/Flex/Sanmina etc.). My process team will then seamlessly work with the "next man up" to teach them all of the nuances of building that particular product. This is a very seamless process from concept to products. Extremely diverse customer base in networking, storage, computing, consumer, medical, test & instrumentation etc.

Part of my team consists of a group we funded last year, Innowi, co-located in our building. They have DEEP core competence in RF, LTE, wireless, custom antenna, HDTV etc. Ex-Motorola Mobility & nVidia. Delivered multiple products to mass production, also have China manufacturing ecosystem. Very strong in industrial/mechanical design and "miniaturization", if you will.

The short video in the link provided gives you a pretty good snapshot of Whizz Systems. I have attached a deck here as well. If these services and capabilities are appealing, please reply back for further diligence / meetings. http://www.whizzsystems.com/aboutus-high-mix-low-volume.html

Best regards ..............

Regards,

Woody Woodruff
Whizz Systems, Inc.

Like 0 Share | Share | Share | Tweet | Copy URL (https://www.equitynet.com/c/whizz-systems-inc)

## Summary

| Prior Year Revenue | Current Year Revenue | Next Year Revenue |
|---|---|---|
| Sign up as Investor (/sign-up.aspx?m=inv) | Sign up as Investor (/sign-up.aspx?m=inv) | Sign up as Investor (/sign-up.aspx?m=inv) |
| **Company Age** | **Employees** | **Sub-Industry** |
| 18 years, 11 months | 200 | Appliances |
| **Company Type** | **Stock Exchange** | **Stock Symbol** |
| Privately-Held | - | - |

## Products / Services

### Hardware/SW/MW/ME design and manufacturing services

For 15 years, Whizz Systems, Inc. has provided hardware design and manufacturing services to technology companies across in 3 continents. We are trying to network and connect with startups in the Angel World. We provide board design, FPGA design, industrial/mechanical design, rapid prototyping and NPI/production ramp. We have a facility in Malaysia that get our customers to a volume point where they become interesting to satellite Tier 1 EMS companies (Jabil/Flex/Sanmina etc.). My process team will then seamlessly work with the "next man up" to teach them all of the nuances of building that particular product. This is a very seamless process from concept to products. Extremely diverse customer base in networking, storage, computing, consumer, medical, test & instrumentation etc.

ENTREPRENEURS - CREATE YOUR PROFILE (/SIGN-UP.ASPX?M=ENT)
INVESTORS - REQUEST PLAN/DOCUMENTS (/SIGN-UP.ASPX?M=INV)
INVESTORS - SEND MESSAGE (/SIGN-UP.ASPX?M=INV)

## Funding

0%

Funding Goal
Sign up as Investor (/sign-up.aspx?m=inv)

Funding Raised So Far
Sign up as Investor (/sign-up.aspx?m=inv)

Funding Commitments
Sign up as Investor (/sign-up.aspx?m=inv)

Funding Remaining
Sign up as Investor (/sign-up.aspx?m=inv)

Funding Type
Sign up as Investor (/sign-up.aspx?m=inv)

Pre-Money Valuation
Sign up as Investor (/sign-up.aspx?m=inv)

Investor Ownership
Sign up as Investor (/sign-up.aspx?m=inv)

Interest / Dividend
Sign up as Investor (/sign-up.aspx?m=inv)

Previous Funding
Sign up as Investor (/sign-up.aspx?m=inv)

## Media

video: www.whizzsystems.com/aboutus-high-mix-

## Documents

Sign up as Investor (/sign-up.aspx?m=inv)

## News / Links

www.whizzsystems.com (http://www.whizzsystems.com)

## Contact

Sign up as Investor (/sign-up.aspx?m=inv)

Part of my team consists of a group we funded last year, Innowi, co-located in our building. They have DEEP core competence in RF, LTE, wireless, custom antenna, HDTV etc. Ex-Motorola Mobility & nVidia.

## Management >

**Director Business Development**

(https://www.linkedin.com/hp/?
Woody Woodruff  dnr-AdntNuyOPLEo4r_CAddxNM5OvPZ74fBx2T1)

I work to develop and grow our customer base using my 38 years of industry experience and contacts / network to garner new opportunities and lasting business engagement and relationships. This link pretty much sums up we do + we now have DEEP rooted team into RF, LTE, wireless, custom antenna, HD etc.

http://www.whizzsystems.com/aboutus-high-mix-low-volume.html

*"EquityNet is the only patented crowdfunding platform in the world"*

| Resources | About | Learn More | | Browse Companies |
| --- | --- | --- | --- | --- |
| Funding Resources (/crowdfunding-resources.aspx) | About Us (/about.aspx) | How EquityNet Works (/how-it-works.aspx) | | (/browse-companies.aspx) |
| Funding Tools (/crowdfunding-tools.aspx) | EquityNet Partners (/about.aspx#partners) | EquityNet Technology (/crowdfunding-technology/) | | For Businesses (/for-businesses.aspx) |
| Funding Statistics (/crowdfunding-statistics.aspx) | EquityNet Press Room (/pressroom.aspx) | Contact Us (/contact.aspx) | | How It Works (/how-it-works.aspx) |
| Funding Terminology (/crowdfunding-terminology.aspx) | EquityNet Careers (/careers.aspx) | FAQs (/faqs.aspx) | | Blog (/blog/) |
| | | | | Contact Us (/contact.aspx) |

EquityNet

© 2005-2018 Global Equity Fintech, Inc. All Rights Reserved. U.S. Patent No. 7.698,188 (http://pdfpiw.uspto.gov/.piw?PageNum=0&docid=07698188) | 7.908,194 (http://pdfpiw.uspto.gov/.piw?PageNum=0&docid=07908194) | 8,484,110 (http://pdfpiw.uspto.gov/.piw?PageNum=0&docid=08484110) | 8,793,170 (http://pdfpiw.uspto.gov/.piw?PageNum=0&docid=08793170) | 8,793,171 (http://pdfpiw.uspto.gov/.piw?PageNum=0&docid=08793171)

EquityNet is not a registered broker-dealer and does not offer investment advice or advise on the raising of capital through securities offerings. EquityNet does not recommend or otherwise suggest that any investor make an investment in a particular company, or that any company offer securities to a particular investor. EquityNet takes no part in the negotiation or execution of transactions for the purchase or sale of securities, and at no time has possession of funds or securities. No securities transactions are executed or negotiated on or through the EquityNet platform. EquityNet receives no compensation in connection with the purchase or sale of securities. Posted companies are not necessarily seeking funding. By using this website you acknowledge that you have read and agree to EquityNet's Terms of Use (/entterms.aspx?mode=1), Privacy Policy (/privacy.aspx?mode=1), Payment Disclaimer (/payment-disclaimer.aspx?mode=1), and Risk Factors (/risk-factors.aspx?mode=1).

# EXHIBIT 4

http://innowi.com/    Go    DEC  AUG  SEP
◀  01  ▶
52 captures    2014  2015  2016
24 Nov 2011 - 19 Aug 2018    ▼ About this capture

📞 (+1)408-980-0400        ✉ info@innowi.com



# Manufacturing

Complete manufacturing solutions to ensure
products are manufactured to exact specifications.
This is achieved by implementing solutions which are flexible,
cost effective and reliable.



# Markets



## Point-of-Sale System



POS market has very slow progression and it is still stand with primitive style, bulky terminals with several-piece set that are capable of doing very limited tasks. These dumb terminals limit the growth of POS industry and left it way behind in this really fast-paced technology race and missing out an oporutnity to tap on the intelligence of similar technologies in other domains to increase the revenue and profit.

Innowi Inc understands this lag and proven its capabilities of bridging this gap by ==helping one of its partners to introduce worlds first smart payment device to POS market.==

Innowi offers its services to interested parties to design and develop futuristic, highly efficient, and completely user friendly payment solution that is a single piece of equipment combiing all the features of legacy multi piece countertop payment system into one sleek device. The device is not only clearing a counter space but also empowering a merchant and customers by offering modern look and feel and state of the art, personalized, interactive experience. The POS device interfaces with the other components in store and in cloud to make complete end to end valuable user experience for customers, shop owner and corporates.

Mobile/Payment Lab has the full blown cellular/payment infrastructure
- Antennas/RF Design, Development, Manufacturing, and Test
- Digital, Power Management Systems Design and Test
- Mechanical 3D Modeling, Detailed ME/Thermal Product Design, Reliability and MFG
- Software Engineering and Embedded systems





Compliance

• Carrier Certifications –AT&T and T-Mobile

**Cloud Based Analytics and Marketing Platform**
• Robust, Scalable, Secure and fast cloud platform for analytics,
• Daily, weekly, monthly sales reports
• Charts and Graphs
• Fully customizable
• Sales forecast
• Inventory Management
• Targeted Marketing
• Promotions
• CRM/ERP Support
• Coupons and much more

# Services





## Electrical

Innowi Inc. offers a wide range of electrical engineering product design and development capabilities. Our team of highly skilled electrical engineers and technicians can satisfy your design needs with decades of experience in analog and digital circuit design, field-programmable gate array (FPGA) design, RF/wireless design, and much more. Utilizing state of the art technologies, our staff can respond rapidly and efficiently to bring your product from idea to realization.

Innowi's electrical engineering and circuit design team has worked on a variety of products. Consumer electronics, medical devices, computer peripherals and communications products are just a few of the product categories in which we have extensive analog and digital electrical circuit design experience.

Innowi has an extensive set of tools for electrical circuit design, simulation, and testing, including FPGA design. The combination of talented engineers and state of the art equipment allows Innowi to deliver you a design optimized for functionality and manufacturing (DFX).

The Innovation Center also has extensive capabilities beyond the traditional new product introduction services, from advanced engineering, design for manufacturing and supply chain optimization, prototyping, failure analysis, testing, to production and transfer.

**Electrical Engineering Activities**
• System/Architecture Design
• Electrical Requirements
• Electronic Circuit Schematic Design
• Electronic Circuit Simulation

**Electrical Engineering Expertise:**
• Microcontroller/DSP-based
• RF/Wireless Design
• Analog
• FPGA/CPLD Design



http://innowi.com/   Go

DEC   AUG   SEP

52 captures
24 Nov 2011 - 19 Aug 2018

◀ 01 ▶
2014  2015  2016

▼ About this capture

• Prototype PCB Assembly          • Communication Interfaces

• Sensors and Controllers
• Connected Products

# Products



## Smart Payment Terminal

World's 1st Smart dual screen POS Terminal – Architected and Designed for a customer



Merchant side:
  • High Resolution 7" Display w/Touch
  • Quad Core Application Processor
  • WiFi/BT/GPS
  • 2.5G/3G Data enabled

Consumer side:
  • High Resolution 4.3" Display w/Touch
  • Secure Payment Processor
  • MSR, EMV, BLE and NFC
  • Thermal Printer
  • QR code

# Company





## About Us



Innowi was founded on a philosophy of becoming a tool for great minds to take their ideas to next step. Innowi brings all the tools at their disposal to make it easy for them to bring their concepts to realization.

Innowi is founded by skilled, experienced, passionate ex-Motorolans bringing an over 50 years of combined industry experience in all the disciplines of product development lifecycle. Its presence in the heart of a silicon valley, support of Whizzsystems, a leading ODM, skilled and experienced leadership makes Innowi's position unique in the industry. Design experience of Innowi founders in the field of Electrical, Mechanical, Thermal, RF and Software together with the team of talented engineers on-site and off-shore, on-site factory for quick proto and trial releases, off-shore mass production, has made the foundation of the company very strong to face any complex challenges of the industry.

# Team

  

 



http://innowi.com/

Go   DEC  AUG  SEP
◄   01   ►
2014  2015  2016

52 captures
24 Nov 2011 - 19 Aug 2018

▼ About this capture

Please contact us at info@innowi.com, call us or stop by and let us know how we can help!

**COMPANY**

Company Name

**NAME**

Name

**E-MAIL**

me@example.com

**PHONE**

123-456-7890

**MESSAGE**

Innowi Inc.
3240 Scott Blvd.
Santa Clara, CA 95054
Ph: +1(408)980-0400

SUBMIT



**Markets**
- Consumer Electronics
- Wireless Communication
- Medical Technology
- Automotive

**Services**
- Electrical
- Mechanical & Thermal
- RF & Wireless
- Software
- Manufacturing

**Company**
- About Us
- Career
- Facilities and Locations
- Core Competencies

**Contact**
📍 3240 Scott Blvd, Santa Clara, CA. 95054,USA

Innowi © All Rights Reserved