Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Luc Dahlin (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION, | Case No. 5:18-cv-05814-BLF |
| Plaintiff, | **DEFENDANT INNOWI, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| INNOWI, INC., | |
| Defendant. | Judge:       Hon. Beth L. Freeman<br>Courtroom:  Courtroom 3, 5th Floor |

ACTIVE/97712707.1

DEFENDANT INNOWI, INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-05814

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Innowi, Inc., discloses that it has no parent corporation and no public company owns more than 10% of its stock.  No other entities have a financial interest in the subject matter in controversy.  Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no other interested entities or persons to report as of this date.

Dated: December 10, 2018                    Respectfully submitted,

                              By: */s/ Neel Chatterjee*
                                    Neel Chatterjee (SBN 173985)
                                    *nchatterjee@goodwinlaw.com*
                                    Luc Dahlin (SBN 305732)
                                    *ldahlin@goodwinlaw.com*
                                    **GOODWIN PROCTER** LLP
                                    601 Marshall Street
                                    Redwood City, CA 94063
                                    Tel.: +1 650 752 3100
                                    Fax.: +1 650 853 1038

                                    *Attorneys for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3

United States District Court for the Northern District of California by using the CM/ECF system

4

on December 10, 2018.  I further certify that all participants in the case are registered CM/ECF

5

users and that service will be accomplished by the CM/ECF system.

6

I certify under penalty of perjury that the foregoing is true and correct.  Executed on

7

December 10, 2018.

8

*/s/ Neel Chatterjee*
Neel Chatterjee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT INNOWI, INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-05814