1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA  94105
   Telephone:   +1-415-773-5700
7  Facsimile:   +1-415-773-5759

8  Attorneys for Plaintiff
   POYNT CORPORATION
9

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING** |
| v. | |
| INNOWI, INC., | Courtroom 3, 5th Floor |
| Defendant. | Judge:  Beth L. Freeman |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE MOTION TO DISMISS HEARING
5:18-CV-05814 BLF

Plaintiff Innowi, Inc. ("Innowi") noticed its motion to dismiss for 9:00 a.m. on February 14, 2019 [ECF No. 26]. The motion has been fully briefed. Counsel for Plaintiff Poynt Corporation ("Poynt"), Clement S. Roberts and Will Melehani, are required to be at a case management conference in a multi-defendant case that was recently continued to that same morning. Due to this conflict, counsel for Poynt has conferred with counsel for Innowi regarding rescheduling the hearing for Innowi's motion to dismiss and both parties agree that the hearing can be rescheduled for February 21, 2019.

Pursuant to Local Rule 7-7(b), both parties stipulate to rescheduling the conference to February 21, 2019, at 9:00 a.m., if that time is convenient for the Court or on any subsequent date the Court selects. The parties respectfully request that the Court reschedule the hearing accordingly.

Dated: December 19, 2018

CLEMENT S. ROBERTS
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Clement S. Roberts*_____
CLEMENT S. ROBERTS
Attorneys for Plaintiff
POYNT CORPORATION

Dated: December 19, 2018

NEEL CHATTERJEE
GOODWIN PROCTER LLP


By: _____*/s/ Neel Chatterjee*_____
NEEL CHATTERJEE
Attorneys for Defendant
INNOWI, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: _____

By: _____
Hon. Beth L. Freeman

**Filer's Attestation**

Pursuant to Local Rule 5.1(i)(3), I attest that all signatories for parties listed above concurred in the filing of this document.

Dated: December 19, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____*/s/ Clement S. Roberts*_____
CLEMENT S. ROBERTS
JACOB M. HEATH
WILL MELEHANI
JOHANNA L. JACOB
Attorneys for Plaintiff Poynt Corporation

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4155-5980-6489

- 2 -

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE MOTION TO DISMISS HEARING
5:18-CV-05814 BLF