UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

POYNT CORPORATION

　　　　　　　　　　　　Plaintiff(s)

v.

INNOWI, INC.

　　　　　　　　　　　　Defendant(s)

CASE No C  5:18-cv-05814-BLF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  　　Mediation through JAMS

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline:  April 30, 2019

Date: 1/25/2019      /s/ Clement Roberts
　　　　　　　　　　　Attorney for Plaintiff
Date: 1/25/2019      /s/ Neel Chatterjee
　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

January 28, 2019

　　　　　　　　　　　　　　　　*[signature: Beth Labson Freeman]*
　　　　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019