1   CLEMENT SETH ROBERTS (SBN 209203)
    croberts@orrick.com
2   JACOB M. HEATH (SBN 238959)
    jheath@orrick.com
3   WILL MELEHANI (SBN 285916)
    wmelehani@orrick.com
4   JOHANNA L. JACOB (SBN 286796)
    jjacob@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
6   San Francisco, CA 94105
    Telephone:  +1-415-773-5700
7   Facsimile:  +1-415-773-5759

8   Attorneys for Plaintiff
    POYNT CORPORATION
9
    NEEL CHATTERJEE (SBN 173985)
10  nchatterjee@goodwinlaw.com
    LUC DAHLIN (SBN 305732)
11  ldahlin@goodwinlaw.com
    GOODWIN PROCTER LLP
12  601 Marshall Street
    Redwood City, CA 94063
13  Tel.:  +1 650 752 3100
    Fax.:  +1 650 853 1038
14

15  Attorneys for Defendant
    INNOWI, INC.
16

17

18                  IN THE UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                        SAN JOSE DIVISION

21

22  POYNT CORPORATION,                  Case No. 5:18-cv-05814 BLF

23              Plaintiff,              **STIPULATION AND [PROPOSED]**
                                        **ORDER SETTING DEADLINES**
24       v.                            **AS MODIFIED BY THE COURT**

25  INNOWI, INC.,                       Judge:  Beth L. Freeman

26              Defendant.

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

1    Pursuant to the Court's January 17, 2019, Case Management Order (ECF No. 42)

2   ("CMO"), Plaintiff Poynt Corporation and Defendant Innowi, Inc. through their undersigned

3   counsel, hereby submit the proposed deadlines in Appendix A below.  Please note the parties

4   have included the dates already entered by the Court in its CMO in Appendix A.

5   Dated:  January 31, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP

6

7                                               By:  */s/ Clement S. Roberts*
                                                     CLEMENT SETH ROBERTS
8                                                    JACOB M. HEATH
                                                     WILL MELEHANI
9                                                    JOHANNA L. JACOB
                                                     Attorneys for Plaintiff
10                                                   POYNT CORPORATION

11  Dated:  January 31, 2019                    GOODWIN PROCTER LLP

12

13                                              By:  */s/ Neel Chatterjee (w. permission)*
                                                     NEEL CHATTERJEE
14                                                   LUCAS DAHLIN
                                                     Attorneys for Defendant
15                                                   INNOWI, INC.

16                              **Filer's Attestation**

17          Pursuant to Local Rule 5.1(i)(3), I attest that all signatories for parties listed above

18  concurred in the filing of this document.

19  Dated:  January 31, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP

20

21                                              By:  */s/ Clement S. Roberts*
                                                     CLEMENT S. ROBERTS
22                                                   Attorney for Plaintiff Poynt Corporation

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

24

25  Dated: __February 1, 2019__

26                                              Beth L. Freeman
                                                United States District Judge

27

28

1

## APPENDIX A

2

| Event | Applicable Rule or Order | Stipulated Deadline |
|---|---|---|
| Last day to join parties or amend the pleadings without leave of Court per Section 5 | Case Management Order (ECF No. 42) | March 18, 2019 |
| Close of fact discovery | | February 21, 2020 |
| Last day to serve opening expert reports by party with the burden of proof | | April 3, 2020 |
| Last day to serve rebuttal expert reports | | May 15, 2020 |
| Close of expert discovery | | June 5, 2020 |
| Last day to file dispositive motions and Daubert motions | L.R. 7-2 (at least 35 days before the last day to hear dispositive motions) | June 26, 2020 |
| Last day to hear dispositive motions and Daubert Motions | Case Management Order (ECF No. 42) /Standing Order Re Civil Cases Section F.2 (at least 90 days before trial) | August 6, 2020 at 9:00 a.m. |
| Last day to meet and confer before Final Pretrial Conference | Standing Order Re Final Pretrial Conference Section A (21 days before Pretrial Conference) | October 8, 2020 |
| Last day to submit Joint Pre-trial Statement, including witness lists and exhibit lists | Standing Order Re Final Pretrial Conference Section B (14 days before Pretrial Conference) | October 15, 2020 |
| Last day to file motions *in limine* | Standing Order Re Final Pretrial Conference Section C.4 (14 days before Pretrial Conference) | October 15, 2020 |
| Last day to oppose motions *in limine* | Standing Order Re Final Pretrial Conference Section C.4 (~~14 days~~ **7 days** before Pretrial Conference) | ~~October 15, 2020~~ **October 22, 2020** |
| Last day to submit jury statements, voir dire, joint proposed jury instructions, joint proposed verdict form and trial briefs | Standing Order Re Final Pretrial Conference Sections C.5-6 (7 days before Pretrial Conference) | October 22, 2020 |
| Final Pretrial Conference | Case Management Order (ECF No. 42) | October 29, 2020 at 1:30 p.m. |
| Trial begins | Case Management Order (ECF No. 42) / Standing Order Re Final Pretrial Conference Section D (14 days after Pretrial Conference) | November 30, 2020 at 9:00 a.m. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW