CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>INNOWI, INC,<br><br>          Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B, C, AND D TO THE FIRST AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth L. Freeman |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Poynt Corporation ("Plaintiff" or
2    "Poynt") respectfully submits this administrative motion ("Administrative Motion") asking the
3    Court for permission to file under seal the following exhibits to Plaintiff's First Amended
4    Complaint for Damages and Equitable Relief ("First Amended Complaint"):

| DOCUMENT | PORTIONS OF DOCUMENT TO BE SEALED |
|---|---|
| Exhibit B | Entire document |
| Exhibit C | Entire document |
| Exhibit D | Entire document |

Plaintiff previously filed the entirety of Exhibits B, C and D to its original Complaint under seal on September 21, 2018, along with its administrative motion to seal. *See* Dkt. 3. The Court granted the administrative motion and ordered Exhibits B, C and D to Plaintiff's original Complaint under seal on October 4, 2018. *See* Dkt. 15. Innowi has not challenged the sealing order at Dkt. 15. Melehani Decl. ¶5. This current Administrative Motion seeks to seal the same exhibits currently maintained under seal by the Court. *See* Dkt. 15 and Melehani Decl. ¶¶ 1, 3. The actions requested and the reasons supporting this Administrative Motion are set for below and are the same to the administrative motion filed on September 21, 2018 at Dkt 3. Melehani Decl. ¶ 3. This Administrative Motion is further supported by the Declaration of Will Melehani in Support of Plaintiff Poynt Corporation's Administrative Motion to File Under Seal ("Declaration of Melehani") filed concurrently herewith, and the Declaration of Osama Bedier in Support of Plaintiff Poynt Corporation's Administrative Motion to File Under Seal Exhibits B, C and D to the Complaint ("Declaration of Bedier") filed on September 21, 2018 at Dkt. 3-1.

Plaintiff respectfully requests permission to file Exhibit B to the Complaint under seal because it is a confidential contract between the Plaintiff and Whizz Systems, Inc./Defendant Innowi, Inc. The agreement contains specific information regarding Poynt's goals and requirements for the development project, including cost requirements, production cycles, payment structures and other related financial information. The publication of this information would be harmful to Poynt as it would permit Poynt's future contractors to have a more favorable negotiating position against Poynt in future dealings, and would allow Poynt's competitors to

1  infer information about its costs and thereby gain an unfair pricing advantage. The sensitive

2  information is also only tangentially related to the merits of this case, as the allegations of breach

3  pertain to a single clause in this contract regarding ownership of intellectual property, which has

4  been detailed in the Complaint. *See* Declaration of Bedier ¶¶ 2, 3.

5      Plaintiff also respectfully requests permission to file Exhibits C and D under seal. These

6  exhibits are draft agreements pertaining the termination of the development project specified in

7  Exhibit B and their public disclosure would be harmful to Poynt for the same reasons. *See*

8  Declaration of Bedier ¶¶ 4, 5.

9      Pursuant to Civ. L.R. 79-5(e), and in support of this motion, the Declaration of Melehani

10 and a Proposed Order are filed concurrently herewith. In addition, the Declaration of Bedier filed

11 on September 21, 2018 (Dkt. 3-1) further supports this Motion.

12     Accordingly, Plaintiff respectfully requests that the Court grant this motion for

13 administrative relief and allow Exhibits B, C, and D to the First Amended Complaint to be

14 maintained under seal and not be placed in the public record. The proposed sealing of the exhibits

15 is narrowly tailored. No less restrictive means exist to achieve this overriding interest.

17 Dated:  March 25, 2019                         ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     */s/ Clement Seth Roberts*
CLEMENT SETH ROBERTS
JACOB M. HEATH
WILL MELEHANI
JOHANNA L. JACOB
Attorneys for Plaintiff Poynt Corporation

- 2 -

PLAINTIFF POYNT'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
5:18-CV-05814 BLF