CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| POYNT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INNOWI, INC,<br><br>　　　　　　Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**DECLARATION OF WILL MELEHANI IN SUPPORT OF PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B, C, AND D TO THE FIRST AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom:  3, 5th Floor<br>Judge:  Hon. Beth L. Freeman |

I, WILL MELEHANI, declare and state as follows:

1. I am an Associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for Plaintiff Poynt Corporation ("Plaintiff" or "Poynt") in the above-captioned matter. I am a member in good standing of the Bar of the State of California. I make this Declaration in support of Plaintiff's Administrative Motion to File Under Seal Exhibits B, C, and D to the First Amended Complaint. I have personal knowledge of the facts set forth below, except as otherwise stated, and if called as a witness I could and would testify competently to those facts.

2. Exhibits B, C, and D to the Poynt's First Amended Complaint for Damages and Equitable Relief ("First Amended Complaint") contains confidential material that should be sealed from the public record. Exhibits B, C, and D are the same exhibits to Poynt's original complaint and are currently maintained under seal by the Court. *See* Dkt. 15.

3. Poynt's previous administrative motion to file the entirety of Exhibits B, C and D to the Complaint was filed on September 21, 2018 (Dkt. 3) and was granted by the Court on October 4, 2018 (Dkt. 15). The arguments set forth in this Administrative Motion are the same.

4. The Declaration of Osama Bedier in Support of Plaintiff Poynt Corporation's Administrative Motion to File Under Seal Exhibits B, C and D to the Complaint filed on September 21, 2018 (Dkt. 3-1) sets forth in detail the basis for asserting the confidentiality of Exhibits B, C and D to the Complaint. This declaration also supports this Administrative Motion.

5. Poynt has narrowly tailored the material to be sealed under this administrative request and intends to treat and maintain as confidential Exhibits B, C, and D to the First Amended Complaint. It is my understanding and belief that Innowi has not challenged the sealing order at Dkt. 15.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of March, 2019 in San Francisco, California.

WILL MELEHANI