# EXHIBIT A

# MUTUAL NON-DISCLOSURE AGREEMENT

This Mutual Non-Disclosure Agreement (this "*Agreement*") is made as of the _20_____ day of __March_____, 2014_, between Poynt Co., a Delaware corporation, whose address is 260 Homer ave, Suite 201, Palo Alto, CA 94301, and __Whizz Systems, Inc._____, a __CA_____ (corporation or individual), whose address is _3240 Scott Blvd, Santa Clara, CA 95054_____ .

The above named parties desire to begin discussions regarding a business opportunity of mutual interest (the "*Business Purpose*"). In connection with such discussions, the parties recognize that there is a need to disclose to each other certain confidential information to be used only for the Business Purpose and to protect such confidential information from unauthorized use and disclosure.

In consideration of the other party's disclosure of such confidential information, each party agrees as follows:

1. For purposes of this Agreement, "*Confidential Information*" means any technical or business information disclosed by one party to the other party that: (i) if disclosed in writing, is marked "confidential" or "proprietary" at the time of such disclosure; (ii) if disclosed orally, is identified as "confidential" or "proprietary" at the time of such disclosure, and is summarized in a writing sent by the disclosing party to the receiving party within thirty (30) days after any such disclosure; or (iii) under the circumstances, a person exercising reasonable business judgment would understand to be confidential or proprietary.

2. Each party agrees: (i) to maintain the other party's Confidential Information in strict confidence; (ii) not to disclose such Confidential Information to any third parties; and (iii) not to use any such Confidential Information for any purpose except for the Business Purpose. Each party may disclose the Confidential Information of the other party to its employees and consultants who have a bona fide need to know such Confidential Information for the Business Purpose, but solely to the extent necessary to pursue the Business Purpose and for no other purpose; provided that each such employee and consultant first executes a written agreement (or is otherwise already bound by a written agreement) that contains use and nondisclosure restrictions at least as protective of the other party's Confidential Information as those set forth in this Agreement. The provisions of this Section 2 will not restrict a party from disclosing the other party's Confidential Information to the extent required by any law or regulation; provided that the party required to make such a disclosure uses reasonable efforts to give the other party reasonable advance notice of such required disclosure in order to enable the other party to prevent or limit such disclosure.

3. The receiving party's obligations in Section 2 will not apply to the extent any Confidential Information:

(i) is now or hereafter becomes generally known or available to the public, through no act or omission on the part of the receiving party;

(ii) was known, without restriction as to use or disclosure, by the receiving party prior to receiving such information from the disclosing party;

1

(iii)     is rightfully acquired by the receiving party from a third party who has the right to disclose it and who provides it without restriction as to use or disclosure; or

(iv)     is independently developed by the receiving party without access to any Confidential Information of the disclosing party.

4.     Upon the disclosing party's request, the receiving party will promptly return to the disclosing party all tangible items and embodiments containing or consisting of the disclosing party's Confidential Information and all copies thereof (including electronic copies) and provide the disclosing party with a written officer's certificate certifying the receiving party's compliance with the foregoing obligation.

5.     All Confidential Information remains the sole and exclusive property of the disclosing party.  Each party acknowledges and agrees that nothing in this Agreement will be construed as granting any rights to the receiving party, by license or otherwise, in or to any Confidential Information of the disclosing party, or any patent, copyright or other intellectual property or proprietary rights of the disclosing party, except as specified in this Agreement.

6.     ALL CONFIDENTIAL INFORMATION IS PROVIDED BY THE DISCLOSING PARTY "AS IS."

7.     Each party acknowledges that the unauthorized use or disclosure of the disclosing party's Confidential Information would cause the disclosing party to incur irreparable harm and significant damages, the degree of which may be difficult to ascertain.  Accordingly, each party agrees that the disclosing party will have the right to obtain immediate equitable relief to enjoin any unauthorized use or disclosure of its Confidential Information, in addition to any other rights and remedies that it may have at law or otherwise.

8.     This Agreement will be construed, interpreted, and applied in accordance with the internal laws of the State of California (excluding its body of law controlling conflicts of law).  This Agreement is the complete and exclusive statement regarding the subject matter of this Agreement and supersedes all prior agreements, understandings and communications, oral or written, between the parties regarding the subject matter of this Agreement.  Neither party may assign this Agreement, in whole or in part, without the other party's prior written consent, and any attempted assignment without such consent will be void.

9.     This Agreement will commence on the date first set forth above and will remain in effect for five (5) years from the date of the last disclosure of Confidential Information by either party, at which time it will terminate.

**[SIGNATURE PAGE FOLLOWS]**

2

**IN WITNESS WHEREOF,** the parties hereto have executed this Mutual Non-Disclosure Agreement by their duly authorized officers or representatives as of the date first set forth above.

| POYNT CO.: | COMPANY or INDIVIDUAL: |
|---|---|
| Signature: | Signature: |
| Name: _R Hernandez_ | Name: Muhammad Irfan |
| Title: _VP_ | Title: President |

[SIGNATURE PAGE TO POYNT CO. MUTUAL NON-DISCLOSURE AGREEMENT]

# EXHIBIT B

**SOUGHT TO BE SEALED IN ITS ENTIRETY**

# EXHIBIT C

**SOUGHT TO BE SEALED IN ITS ENTIRETY**

# EXHIBIT D

**SOUGHT TO BE SEALED IN ITS ENTIRETY**

# EXHIBIT E



SILICON VALLEY
ANN ARBOR
BEIJING
BOSTON
LOS ANGELES
NEW YORK
SAN DIEGO
SAN FRANCISCO

July 20, 2016

**VIA EMAIL & FEDEX**

Innowi Inc.
Attn: Zia Hasnain
Chief Executive Officer
3240 Scott Blvd.
Santa Clara, CA 95054

**RE: Your Continuing Legal Obligations to Poynt Co.**

Dear Mr. Hasnain:

Our firm represents Poynt Co. (the "Company"). We are writing (i) to remind you of your continuing legal obligations to the Company, (ii) to warn you of the consequences if you violate any such obligations, (iii) to demand that you not use or disclose any of the Company's confidential information or derivatives thereof, and (iv) to demand that you cease using or disclosing the Company's name, trademark, and/or any reference to your relationship with the Company. Violations of these obligations or improper use or disclosure of the Company's confidential information can expose you, as well as anyone who induces or aides and abets you, to liability pursuant to trademark and copyright infringement claims as well as various state and federal laws of the United States, including without limitation the California Uniform Trade Secrets Act and California Unfair Competition Law.

*The Agreement*

You signed a confidential business terms sheet agreement, dated June 2, 2014 (the "Agreement), which obligates you to (i) keep the Agreement confidential and (ii) assign the Company "all IP associated with and derived as a result of this project". During your performance under the Agreement, you were given access to the Company's confidential information, which included (without limitation) information about the Company's technology, its business plans, as well as information and materials based on and derived from the Company's confidential information. The Company has reason to believe that you may be misusing such confidential information.

The value of this confidential information is derived from it not being known outside of the Company and its service providers. As such, maintaining the confidentiality of this confidential information is important to the Company. As part of the Company's continuing efforts to protect its confidential information, this letter is meant to put you on notice that you may not use or disclose any of the Company's confidential information, or any information and materials based on and derived from the Company's confidential information, in any of your current or future endeavors.

In addition to the obligations you owe the Company under the Agreement, any confidential, proprietary, and trade secret information of the Company (e.g., information developed pursuant to the Agreement) is the property of the Company and cannot legally be used or disclosed by you to the competitive disadvantage of the Company.

Zia Hasnain
July 20, 2016
Page 2

We expect that you will abide by the law and your obligations to the Company and, if you are currently in violation of such obligations, immediately cease any such activities. The Company intends to diligently monitor your compliance and, should it learn that you are in violation of your obligations, it reserves the right to take any and all measures (at law and in equity) against your company necessary to protect the Company's rights and itself from economic harm, including the right to recover the full amount of its damages resulting from your actions.

*Company's Name and Trademark*

Also, it has come to the Company's attention that: (i) you are referencing the Company's name, trademarks, and your relationship to the Company in your business pursuits; and (ii) you may be interfering with the Company's business relations by making unsubstantiated claims about the Company's products and services. As such, the Company demands that you immediately cease and desist any use of the Company's name, trademarks, and/or your relationship with the Company.

*Written Confirmation*

No later than July 25th, 2016, the Company requires that you provide it with written confirmation of: (i) your understanding of these matters; (ii) you having not used or disclosed the Company's confidential information for any purpose; (iii) your willingness and intent to comply with the Agreement and applicable laws; and (iv) your assurance that you will cease using the Company's name, trademarks, or any reference to your relationship with the Company and will cease making unsubstantiated claims about the Company's products and services.

You may contact me directly by return mail, by email at jbirbach@gunder.com, or by phone at 1-650-463-5492. This correspondence should not be construed as a waiver of rights, an offer of settlement or reliance on any specific facts or legal theories. The Company reserves all of its rights and remedies under applicable law.

Sincerely,

Jesse Birbach

Cc: Osama Bedier

# EXHIBIT F



**INVENTUS**LAW
The Global Technology Law Firm

2600 El Camino Real, Suite 415 | Palo Alto, CA 94306 | tel 650.843.0988 | fax 650.618.0488

August 8, 2016

Christopher L. Tinen
650.843.0988
christopher@inventuslaw.com

**VIA EMAIL ONLY**

Jesse Birbach
Gunderson Dettmer
jbirbach@gunder.com

Dear Mr. Birbach:

As you know, our firm is legal counsel to Innowi Inc. ("Innowi"). Please let this correspondence serve as a response to your letter of July 20, 2016 sent on behalf of Poynt Co. ("Poynt").

On behalf of Innowi, we can confirm the following:

- Innowi is not using or disclosing any of Poynt's confidential information or any materials based on or derived from Poynt's confidential information.

- Innowi is not using or disclosing any confidential, proprietary, or trade secret information of Poynt developed under the Agreement.

- Innowi will cease and desist the use or reference, if any, of the Company's name, trademarks or relationship with Poynt in connection with its business.

- Innowi denies interfering with Poynt's business relations

If you have any further questions, please do not hesitate to contact me directly.

Nothing in this correspondence shall be construed as a waiver of rights, an offer of settlement or reliance on any specific facts or legal theories. Innowi reserves all of its rights and remedies available under applicable law.

Very truly yours,

DocuSigned by:

FB5981270BDB4AE...

Christopher L. Tinen
Inventus Law, Inc.

# EXHIBIT G

**From:** Zia H [mailto:zia@whizzsystems.com]
**Sent:** Monday, May 19, 2014 11:40 AM
**To:** Afshin Rezayee; Robert Hernandez; Haipeng Yan
**Cc:** Elie Massabki
**Subject:** RE: Email Introductions


Sure I will send it out to today.

Can we set up the call tomorrow.



Sent via the Samsung GALAXY S®4, an AT&T 4G LTE smartphone


-------- Original message --------

From: Afshin Rezayee

Date:05/19/2014 8:01 AM (GMT-08:00)

To: Robert Hernandez ,Haipeng Yan ,Zia H

Cc: Elie Massabki

Subject: RE: Email Introductions


Hi Robert. Thanks for the intro.



Hi Zia,



Nice to e-meet you. I have attached Kili's standard mNDA template. Please review/sign and send me a signed softcopy. Let's set up a call after the NDA is executed.

1

Best regards,


-Afshin



Afshin Rezayee, Ph.D.

Founder and Co-CEO

Kili Technology Corporation  (www.kili.ca)

4101 Yonge St, Suite 710

Toronto, ON M2P 1N6

Email: afshin@kili.ca

Phone: +1 647 247-1681  X1001

Cellphone: +1 416 419-0259

Fax: +1 416 981-7228



This e-mail message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. If you are not the intended recipient, be advised that any dissemination, distribution, copying or use of this communication, its contents, or any attachment is strictly prohibited. If you have received this communication in error, please notify the sender and erase this e-mail message and any copies of it immediately.



**From:** Robert Hernandez [mailto:robert@poynt.co]
**Sent:** Friday, May 16, 2014 11:26 PM
**To:** Afshin Rezayee; Haipeng Yan; Zia H
**Cc:** Elie Massabki
**Subject:** Email Introductions

Hello Afshin and Hai...please meet Zia.
Zia, please meet Afshin and Hai.


Afshin, we are working with a local design team called Whizz Systems to develop our new product, and Zia is leading the design team at Whizz.  We'd like to have a meeting together with you sometime early next week, by phone or in person if you happen to be in Silicon Valley, and it would be good to get an NDA in place between Kili and Whizz before the meeting so that we can talk freely.

Zia has been introduced to Elie previously and may have started the NDA process with him.  We'd like to expedite the NDA process so that we can move forward with the design talks.  Please connect with Zia to push the NDA through and let us know your availability for a call next week.

Thank you for your support.

Regards,
Robert