1   Neel Chatterjee (SBN 173985)
    *nchatterjee@goodwinlaw.com*
2   Luc Dahlin (SBN 305732)
    *ldahlin@goodwinlaw.com*
3   **GOODWIN PROCTER LLP**
    601 Marshall Street
4   Redwood City, CA 94063
    Tel.: +1 650 752 3100
5   Fax.: +1 650 853 1038

6   Attorneys for Defendant

7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11  POYNT CORPORATION,                Case No. 5:18-cv-05814-BLF

12              Plaintiff,            **ADMINISTRATIVE MOTION TO FILE
                                      UNDER SEAL**
13          v.
                                      Courtroom:    Courtroom 3, 5th Floor
14  INNOWI, INC.,                     Judge:        Hon. Beth L. Freeman

15              Defendant.            Filed/Lodged Concurrently with:
                                          1.  Declaration of Luc Dahlin
16                                        2.  [Proposed] Order Granting
                                              Administrative Motion to File Under
17                                            Seal
                                          3.  Proof of Service
18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d)–(e), Defendant Innowi, Inc. ("Defendant"), respectfully submits this administrative motion to file under seal the following documents (the "Administrative Motion"):

| DOCUMENT | PORTIONS OF DOCUMENTS TO BE SEALED | PARTIES CLAIMING CONFIDENTIALITY |
|---|---|---|
| Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) (the "Motion") | Those portions referencing or quoting from Exhibit 4, marked on its face by Poynt as "Highly Confidential – Attorneys' Eyes Only." The specific portions that have been redacted are: 17:24-18:1. | Plaintiff, Poynt Corporation. |
| Ex. 4 to the Declaration of Luc Dahlin In Support of Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) | Entirety of Exhibit 4, marked on its face by Poynt as "Highly Confidential – Attorneys' Eyes Only." | Plaintiff, Poynt Corporation. |

The supporting Declaration of Lucas Dahlin ("Dahlin Decl."), filed herewith, sets forth the basis for asserting confidentiality and ground for filing under seal.  Poynt previously served Ex. 4 to Innowi's Motion, entitled "Poynt's Responses to Innowi's Second Set of Interrogatories," marked on its face as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order governing discovery in this case, on March 11, 2019.  Dahlin Decl. at ¶ 3.  Innowi, based on Poynt's assertion of confidentiality and the designation on the face of the document, has therefore redacted portions of its motion that discuss or quote specific portions from this exhibit.  *Id.* at ¶ 3.

Assuming the document contains confidential information, as asserted by Poynt on the face of the document, Poynt's confidentiality interests overcome the right of public access to the record, as a substantial probability exists that the Poynt's overriding confidentiality interests will be prejudiced if the record is not sealed to the public.  These materials should therefore remain confidential and not be placed in the public file. The proposed sealing of these exhibits is narrowly

1

1    tailored and no less restrictive means exists to achieve this overriding interest.

2         Innowi respectfully requests that the Court enter the concurrently filed [Proposed] Order

3    granting leave to file under seal the above identified documents.

4

5

6    Dated: April 8, 2019                              Respectfully submitted,

7

8                                           By: */s/ Neel Chatterjee*
                                                 Neel Chatterjee (SBN 173985)
9                                                *nchatterjee@goodwinlaw.com*
                                                 Luc Dahlin (SBN 305732)
                                                 *ldahlin@goodwinlaw.com*
10                                               **GOODWIN PROCTER LLP**
                                                 601 Marshall Street
11                                               Redwood City, CA 94063
                                                 Tel.: +1 650 752 3100
12                                               Fax.: +1 650 853 1038

13                                          *Attorneys for Defendant*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                    CASE NO. 5:18-CV-05814

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3   United States District Court for the Northern District of California by using the CM/ECF system

4   on April 8, 2019.  I further certify that all participants in the case are registered CM/ECF users and

5   that service will be accomplished by the CM/ECF system.

6       I certify under penalty of perjury that the foregoing is true and correct.  Executed this 8th

7   day of April 2019.

8                                                   */s/ Neel Chatterjee*

9                                                   NEEL CHATTERJEE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                     CASE NO. 5:18-CV-05814