1  Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
2  Luc Dahlin (SBN 305732)
   ldahlin@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   601 Marshall Street
4  Redwood City, CA 94063
   Tel.: +1 650 752 3100
5  Fax.: +1 650 853 1038

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  POYNT CORPORATION,                | Case No. 5:18-cv-05814
12              Plaintiff,             | **DECLARATION OF LUCAS DAHLIN IN SUPPORT OF DEFENDANT INNOWI, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
13       v.                            |
14  INNOWI, INC.,                      | Courtroom:  3, 5th Floor
15              Defendant.             | Judge:      Hon. Beth L. Freeman
16                                     | Filed/Lodged Concurrently with:
17                                     |   1. Administrative Motion to File Under Seal
                                       |   2. [Proposed] Order Granting Administrative
18                                     |   3. Proof of Service

19
20
21
22
23
24
25
26
27
28

DECLARATION OF LUCAS DAHLIN ISO INNOWI, INC.'S ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 5:18-CV-05814

I, Lucas Dahlin, declare as follows:

1. I am an attorney in the law firm of Goodwin Procter LLP and counsel of record for Defendant, Innowi, Inc., in the above-captioned action. I am over the age of 18 years. I am a member in good standing of the Bar of the State of California. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. I submit this Declaration in support of Innowi's Administrative Motion to File Under Seal.

3. **Exhibit 4** to Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Innowi's Motion") is "Poynt's Responses to Innowi's Second Set of Interrogatories" that Poynt Corp. served on Innowi on March 11, 2019. This document, on its face, was marked by Poynt as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Based on this marking and the Protective Order governing discovery responses, Innowi intends to treat Exhibit 4 as confidential and file it, as well as any specific references to it or quotes from it that appear in Innowi's Motion, under seal. Specifically the following page:line portions of Innowi's Motion will be treated as confidential and filed under seal: 17:24-18:1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 8th day of April, 2019, at Redwood City, California

                                              */s/ Lucas Dahlin*
                                              LUCAS DAHLIN