Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Luc Dahlin (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>INNOWI, INC.,<br><br>         Defendant. | Case No. 5:18-cv-05814-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom:   Courtroom 3, 5th Floor<br>Judge:            Hon. Beth L. Freeman |

1  Having considered Innowi's Motion and all arguments and papers filed in support of and
2  against the Motion,
3  IT IS HEREBY ORDERED that the Motion is GRANTED.
4  IT IS SO ORDERED.
5  Dated: _____.

7  _____
   Honorable Beth L. Freeman

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 8, 2019.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of April 2019.

```
                            /s/ Neel Chatterjee
                            NEEL CHATTERJEE
```