Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Luc Dahlin (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>INNOWI, INC.,<br><br>  Defendant. | Case No. 5:18-cv-05814<br><br>**DECLARATION OF LUCAS DAHLIN IN SUPPORT OF DEFENDANT INNOWI, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. 12(f)**<br><br>Date:       TBD<br>Time:       9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Beth L. Freeman |

I, Lucas Dahlin, declare as follows:

1. I am an attorney in the law firm of Goodwin Procter LLP and counsel of record for Defendant, Innowi, Inc., in the above-captioned action. I am over the age of 18 years. I am a member in good standing of the Bar of the State of California. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. I submit this Declaration in support of the Memorandum of Points and Authorities in support of Defendant, Innowi, Inc.'s Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f).

3. Attached as **Exhibit 1** is a true and correct copy of a Non-Final Office Action issued by the examiner on November 2, 2017 during prosecution of U.S. Patent No. 10,127,538.

4. Attached as **Exhibit 2** is a true and correct copy of Innowi's Amendment And Response To Non-Final Office Action filed with the U.S. Patent and Trademark Office on March 11, 2018 during prosecution of U.S. Patent No. 10,127,538.

5. Attached as **Exhibit 3** is a true and correct copy of the Notice of Allowance issued by the U.S. Patent Office and Trademark Office on July 2, 2018 during prosecution of U.S. Patent No. 10,127,538.

6. Attached as **Exhibit 4** is a true and correct copy of Poynt's Responses to Innowi's Second Set of Interrogatories marked by Poynt as Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order governing this case (Dkt. 39). Exhibit 4 shall be filed under seal in its entirety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 8th day of April, 2019, at Redwood City, California

                                                /s/ Lucas Dahlin
                                                LUCAS DAHLIN