Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Luc Dahlin (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>INNOWI, INC.,<br><br>      Defendant. | Case No. 5:18-cv-05814-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INNOWI, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. 12(f)**<br><br>Date:        TBD<br>Time:       9:00 a.m.<br>Courtroom:  Courtroom 3, 5th Floor<br>Judge:      Hon. Beth L. Freeman |

Having considered Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motion") and all arguments and papers filed in support of and against the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

Dated: _____.

_____
Honorable Beth L. Freeman

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 8, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April 2019.

*/s/ Neel Chatterjee*
NEEL CHATTERJEE

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
AND MOTION TO STRIKE

CASE NO. 5:18-CV-05814