1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
6  405 Howard Street
   San Francisco, CA  94105
7  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
8

9  Attorneys for Plaintiff Poynt Corporation

10 Neel Chatterjee (SBN 173985)
   nchatterjee@goodwinlaw.com
11 Luc Dahlin (SBN 305732)
   ldahlin@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
13 601 Marshall Street
   Redwood City, CA 94063
14 Tel.: +1 650 752 3100
   Fax.: +1 650 853 1038
15

16 Attorneys for Defendant Innowi, Inc.

17

18                       IN THE UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA,

20                                SAN JOSE DIVISION

21 | POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
| --- | --- |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (D.I. NO. 54)** |
| v. | |
| INNOWI, INC., | |
| Defendant. | Hearing Date: Sept. 5, 2019 |
| | Judge: Beth L. Freeman |
| | Date Action Filed: Sept. 21, 2018 |

Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc. ("Innowi") hereby submit this stipulation seeking to modify the briefing schedule on Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (D.I. No. 54). The Parties have agreed to extend the date for Poynt to file its response to the Motions from April 22, 2019, to May 6, 2019, and to extend the time for Innowi to file a reply to any opposition from April 29, 2019, to May 28, 2019. The hearing on these Motions, currently set for September 5, 2019, at 9:00 a.m. (D.I. No. 55), shall remain the same.

Good cause exists to grant these extensions because the parties have a mediation in this matter on April 23, 2019 in front of the Honorable Jamie Jacobs-May (Ret.). This will allow the parties to put all of its efforts and resources into preparing for the mediation and potentially preserve judicial resources should the parties resolve the matter.

Accordingly, both Poynt and Innowi stipulate, should the Court permit, that Poynt's response to the Motions is due on May 6, 2019, and Innowi's reply to the Motions is due on May 28, 2019.

A proposed order is submitted separately.

Dated: April 16, 2019     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Jacob M. Heath
CLEMENT SETH ROBERTS
JACOB M. HEATH
WILL MELEHANI
JOHANNA L. JACOB
Attorneys For Plaintiff Poynt Corporation

Dated: April 16, 2019     GOODWIN PROCTER LLP

By: /s/ Neel Chatterjee (with permission)
NEEL CHATTERJEE
LUC DAHLIN
Attorneys For Defendant Innowi, Inc.

**Filers Attestation Pursuant to L.R. 5-1(i)(3)**

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated: April 16, 2019     By: /s/ Jacob M. Heath
Jacob M. Heath