1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NO. 54)** |
| v. | |
| INNOWI, INC, | |
| Defendant. | Judge:   Hon. Beth Labson Freeman |

# ORDER

Having considered Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc.'s ("Innowi") stipulation to seek rescheduling of the briefing on Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (D.I. No. 54), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that Poynt's response to the Motions is due on May 6, 2019, and Innowi's reply to the Motions is due on May 28, 2019.

**IT IS SO ORDERED** on this ___ day of _____ 2019.

_____
Hon. Beth Labson Freeman
United States District Judge