1  CLEMENT S. ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   405 Howard Street
6  San Francisco, CA  94105
   Telephone:    +1-415-773-5700
7  Facsimile:    +1-415-773-5759
8
9  Attorneys for Plaintiff Poynt Corporation

10 NEEL CHATTERJEE (SBN 173985)
   nchatterjee@goodwinlaw.com
11 LUC DAHLIN (SBN 305732)
   ldahlin@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 Marshall Street
13 Redwood City, CA 94063
   Tel.: +1 650 752 3100
14 Fax.: +1 650 853 1038
15
16 Attorneys for Defendant Innowi, Inc.

17

18                 IN THE UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA,

20                         SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NO. 54)** |
| v. | |
| INNOWI, INC., | |
| Defendant. | Hearing Date: Sept. 5, 2019 |
| | Judge: Beth L. Freeman |
| | Date Action Filed: Sept. 21, 2018 |

Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc. ("Innowi") hereby submit this stipulation seeking to modify the briefing schedule on Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (ECF No. 54). This is the second stipulation for an extension of time. The Parties have agreed to extend the time for Poynt to file its response to the Motions from May 6, 2019, to July 8, 2019, and to extend the time for Innowi to file a reply to any opposition from May 28, 2019, to July 29, 2019. The hearing on these Motions, currently set for September 5, 2019, at 9:00 a.m. (ECF No. 55), shall remain the same.

Good cause exists to grant these extensions because the parties conducted a mediation in this matter on April 23, 2019 in front of the Honorable Jamie Jacobs-May (Ret.). The mediation proved fruitful. While the parties did not reach a final agreement, this extension will allow the parties to put all of their efforts and resources into potentially resolving this matter and preserving judicial resources. The parties would therefore appreciate a sixty day stay of these deadlines.

Accordingly, both Poynt and Innowi stipulate, should the Court permit, that Poynt's response to the Motions is due on July 8, 2019, and Innowi's reply to the Motions is due on July 29, 2019. A proposed order is submitted separately.

Dated: April 25, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         By:      */s/ Clement S. Roberts*
                                              CLEMENT S. ROBERTS
                                              JACOB M. HEATH
                                              WILL MELEHANI
                                              JOHANNA L. JACOB
                                         Attorneys for Plaintiff Poynt Corporation

Dated: April 25, 2019                    GOODWIN PROCTER LLP

                                         By:      */s/ Neel Chatterjeet*
                                              NEEL CHATTERJEE
                                              LUC DAHLIN
                                         Attorneys for Defendant Innowi, Inc.

**Filers Attestation Pursuant to L.R. 5-1(i)(3)**

    I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated:  April 25, 2019                               By:  */s/ Clement S. Roberts*
                                                                                   Clement S. Roberts