1 | CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
2 | JACOB M. HEATH (SBN 238959)
jheath@orrick.com
3 | WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
4 | JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
5 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**
6 | 405 Howard Street
San Francisco, CA  94105
7 | Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759
8 |

9 | Attorneys for Plaintiff Poynt Corporation

10 | NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
11 | LUC DAHLIN (SBN 305732)
ldahlin@goodwinlaw.com
12 | **GOODWIN PROCTER LLP**
13 | 601 Marshall Street
Redwood City, CA 94063
14 | Tel.: +1 650 752 3100
Fax.: +1 650 853 1038
15 |

16 | Attorneys for Defendant Innowi, Inc.

17 |

18 | IN THE UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA,

20 | SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
| Plaintiff, | **STIPULATION TO MODIFY THE DATE OF THE HEARING ON THE PARTIES DISCOVERY MOTIONS (ECF NOS. 59 AND 60)** |
| v. | |
| INNOWI, INC., | Hearing Date: May 8, 2019 |
| Defendant. | Magistrate Judge: Nathanael Cousins |
| | Date Action Filed: Sept. 21, 2018 |

1    Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc. ("Innowi") (combined

2    "the Parties") hereby submit this stipulation seeking to modify the date of the hearing on the

3    Parties' discovery letter briefs filed on April 22, 2019 ("Discovery Motions") (ECF Nos. 59 and

4    60).  This is the first stipulation for extension.  The Parties have agreed to continue the hearing

5    on the Discovery Motions from May 8, 2019, to July 10, 2019, or a date and time convenient for

6    the Court.  The deadline by which to file the disputed trade-secret disclosure and proposed

7    orders, pursuant to ECF No. 61, currently set for April 29, 2019, shall remain the same.

8    Good cause exists to grant this extension because the parties conducted a mediation in

9    this matter on April 23, 2019 in front of the Honorable Jamie Jacobs-May (Ret.).  The mediation

10   proved fruitful.  While the parties did not reach a final agreement, this extension will allow the

11   parties to put all of their efforts and resources into potentially resolving this matter and

12   preserving judicial resources.  The parties would therefore appreciate a sixty day stay of this

13   deadline.

14   Accordingly, the Parties stipulate, should the Court permit, that the hearing on the

15   Discovery Motions is continued to July 10, 2019 at 1:00 p.m., or a date and time convenient for

16   the Court.  A proposed order is submitted separately.

17   Dated:  April 25, 2019                     ORRICK, HERRINGTON & SUTCLIFFE LLP

18
                                               By:        /s/ Clement S. Roberts
19                                                     CLEMENT S. ROBERTS
                                                       JACOB M. HEATH
20                                                     WILL MELEHANI
                                                       JOHANNA L. JACOB
21                                             Attorneys for Plaintiff Poynt Corporation

22   Dated:  April 25, 2019                     GOODWIN PROCTER LLP

23
                                               By:        /s/ Neel Chatterjee
24                                                     NEEL CHATTERJEE
                                                       LUC DAHLIN
25                                             Attorneys for Defendant Innowi, Inc.

26

27

28

-1-

1

**Filers Attestation Pursuant to L.R. 5-1(i)(3)**

2    I hereby attest that all signatories for parties on this document concurred in the filing of

3    this document.

4    Dated:  April 25, 2019                    By:  */s/ Clement S. Roberts*
                                                     Clement S. Roberts
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO MODIFY HEARING DATE
RE THE PARTIES DISCOVERY MOTIONS
5:18-CV-05814 BLF