1
2
3
4
5
6
7

8
**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA**

10
**SAN JOSE DIVISION**

11

12
POYNT CORPORATION,

Case No. 5:18-cv-05814 BLF

13
            Plaintiff,

DENYING
**[PROPOSED] ORDER ~~GRANTING~~ STIPULATION TO MODIFY THE DATE OF THE HEARING ON THE PARTIES DISCOVERY MOTIONS (ECF NOS. 59 AND 60)**

14
      v.

15
INNOWI, INC,

16
            Defendant.

Magistrate Judge: Nathanael Cousins

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
5:18-cv-05814 BLF

## **ORDER**

Having considered Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc.'s ("Innowi") (combined "the Parties") stipulation to seek rescheduling of the hearing on the Parties' discovery letter briefs ("Discovery Motions") (ECF Nos. 59 and 60), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that the hearing on the Discovery Motions is continued to July 10, 2019 at 1:00 p.m.

**IT IS SO ORDERED** on this 25th day of  April 2019.



Hon. Nathanael
United States Magistrate Judge

DENIED

Judge Nathanael M. Cousins

[PROPOSED] ORDER
5:18-CV-05814 BLF