CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff Poynt Corporation

NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
LUC DAHLIN (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant Innowi, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>INNOWI, INC.,<br><br>    Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NOS. 54, 55)**<br><br>Hearing Date: Sept. 5, 2019<br><br>Judge: Beth L. Freeman<br><br>Date Action Filed: Sept. 21, 2018 |

1    Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc. ("Innowi") hereby
2  submit this stipulation seeking to modify the briefing schedule on Innowi's Motion to Dismiss
3  Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (ECF
4  No. 54) and hearing date, currently set for September 5, 2019 at 9:00 a.m. (ECF No. 55).
5    This is the third stipulation for an extension of time.  The Parties have agreed to extend
6  the time for Poynt to file its response to the Motions from July 8, 2019, to August 7, 2019, and to
7  extend the time for Innowi to file a reply to any opposition from July 29, 2019, to August 28,
8  2019.  The parties respectfully request that the hearing on these Motions, currently set for
9  September 5, 2019 at 9:00 a.m., be re-set for September 12, 2019 at 9:00 a.m., or at the Court's
10 earliest convenience thereafter.
11   Good cause exists to grant these extensions because the parties conducted a mediation in
12 this matter on April 23, 2019 in front of the Honorable Jamie Jacobs-May (Ret.).  The mediation
13 proved fruitful and the parties continue to negotiate settlement.  While the parties have not yet
14 reached a final agreement, this extension will allow the parties to put all of their efforts and
15 resources into potentially resolving this matter and preserving judicial resources.  The parties
16 would therefore appreciate a thirty day stay of these deadlines.
17   Accordingly, both Poynt and Innowi stipulate, should the Court permit, that Poynt's
18 response to the Motions is due on August 7, 2019, Innowi's reply to the Motions is due on
19 August 28, 2019, and the hearing on these Motions be set for September 12, 2019, or at the
20 Court's earliest convenience thereafter. A proposed order is submitted separately.

Dated:  July 2, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Clement S. Roberts_____
CLEMENT S. ROBERTS
JACOB M. HEATH
WILL MELEHANI
JOHANNA L. JACOB
Attorneys for Plaintiff Poynt Corporation

Dated:  July 2, 2019                    GOODWIN PROCTER LLP

By: _____/s/ Neel Chatterjee (w. permission)_____
NEEL CHATTERJEE
LUC DAHLIN
Attorneys for Defendant Innowi, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP TO MODIFY BRIEFING AND HEARING
SCHEDULE RE DEFENDANT'S MOTIONS TO
DISMISS AND STRIKE
5:18-CV-05814 BLF

**Filers Attestation Pursuant to L.R. 5-1(i)(3)**

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated: July 2, 2019        By: */s/ Clement S. Roberts*
                                   Clement S. Roberts

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
San Francisco

- 3 -

STIP TO MODIFY BRIEFING AND HEARING
SCHEDULE RE DEFENDANT'S MOTIONS TO
DISMISS AND STRIKE
5:18-cv-05814 BLF