1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| POYNT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>INNOWI, INC,<br><br>        Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NOS. 54, 55)**<br><br>**AS MODIFIED BY THE COURT**<br><br>Judge:    Hon. Beth Labson Freeman |

1 **ORDER**

2 Having considered Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc.'s

3 ("Innowi") stipulation to seek rescheduling of the briefing on Innowi's Motion to Dismiss

4 Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (D.I.

5 No. 54) and hearing date, currently set for September 5, 2019 at 9:00 a.m. (ECF No. 55), and

6 good cause appearing in support thereof,

7 **IT IS HEREBY ORDERED** that Poynt's response to the Motions is due on August 7,

8 2019, and Innowi's reply to the Motions is due on August 21, 2019. ~~August 28, 2019, and the~~

9 ~~hearing on these Motions be set for September 12, 2019.~~

10 The hearing on these Motions shall remain set for September 5, 2019.

12 **IT IS SO ORDERED** on this 3rd day of July 2019.

*[signature: Beth Labson Freeman]*

Hon. Beth Labson Freeman
United States District Judge