CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INNOWI, INC,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom:  3, 5th Floor<br>Judge:  Hon. Beth L. Freeman |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Poynt Corporation ("Plaintiff" or "Poynt") respectfully submits this administrative motion ("Administrative Motion") asking the Court for permission to file under seal the following:

| ECF OR EXH. NO. | DOCUMENT | PORTION(S) TO SEAL | Reason(s) for Sealing |
|---|---|---|---|
| 53-5 | Exhibit 4 to the Declaration of Luc Dahlin In Support of Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Exhibit 4 to the Decl. of Dahlin") | 8:5-8 | As detailed in Section II below, the document contains a list of third parties to whom Poynt has disclosed one or more of its trade secrets. This list reveals the identity of certain entities with whom Poynt has collaborated. The fact of that collaboration is not public knowledge and is, in many cases, covered by Non-Disclosure Agreements. The publication of this information would be harmful to Poynt as it would permit Poynt's competitors and/or others access to information about its collaborators and potential collaborators, and thereby gain an unfair competitive advantage in developing competing products. Declaration of Tanaka, ¶ 3. |

**I.   BACKGROUND**

On April 8, 2019, Defendant Innowi, Inc. ("Innowi") filed an Administrative Motion to File Under Seal the following: 1) portions of its Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f), and 2) the entirety of Exhibit 4. ("Innowi's Administrative Motion"). Dkt. No. 53.

On July 16, 2019, the Court denied Innowi's Administrative Motion because Poynt, the party who designated the confidential material, did not comply with Civil Local Rule 79-

1  5(d)(1)(A) by filing a declaration establishing that the designated material is sealable. Dkt. No.
2  72.

3  Poynt acknowledges that it inadvertently overlooked the requirement under Civil Local
4  Rule 79-5(d)(1)(A) and apologizes to the Court in advance if this current Administrative Motion
5  and Request burdens the Court.  Poynt hereby respectfully requests the Court to take this current
6  Administrative Motion under consideration which is narrowly tailored.

7  The reasons supporting this Administrative Motion are set forth below in Section II.
8  Further, in support of this Administrative Motion, the Declaration of Ray Tanaka in Support of
9  Plaintiff Poynt Corporation's Administrative Motion to File Under Seal ("Declaration of
10 Tanaka"), and a Proposed Order are filed concurrently herewith.

11 **II.     BASIS FOR CONFIDENTIALITY**

12 Poynt seeks to maintain under seal portions of Exhibit 4 to the Decl. of Dahlin, as
13 identified in the table above.  Exhibit 4 is Poynt's Response to Innowi's Second Set of
14 Interrogatories designated "Highly Confidential – Attorney's Eyes Only" ("Poynt's Response to
15 Interrogatories") pursuant Protective Order entered on January 15, 2019 in this matter.  Dkt. 39.
16 Declaration of Tanaka, ¶ 2.

17 Poynt's Response to Interrogatory No. 5 contains a list of third parties to whom Poynt has
18 disclosed one or more of its trade secrets.  This list reveals the identity of certain entities with
19 whom Poynt has collaborated.  The fact of that collaboration is not public knowledge and is, in
20 many cases, covered by Non-Disclosure Agreements.  The publication of this information would
21 be harmful to Poynt as it would permit Poynt's competitors and/or others access to information
22 about its collaborators and potential collaborators, and thereby gain an unfair competitive
23 advantage in developing competing products. Declaration of Tanaka, ¶ 3.  Only the names of the
24 confidential third parties are being redacted from the list.  Declaration of Tanaka, ¶ 4.

25 **III.    CONCLUSION**

26 Plaintiff respectfully requests that the Court grant this motion for administrative relief and
27 allow the requested portions of Exhibit 4 to the Decl. of Dahlin to be maintained under seal and
28 not be placed in the public record. The proposed sealing of the exhibit is narrowly tailored. No

1 | less restrictive means exist to achieve this overriding interest.

Dated: July 23, 2019						ORRICK, HERRINGTON & SUTCLIFFE LLP


							By:	*/s/ Jacob M. Heath*
								CLEMENT SETH ROBERTS
								JACOB M. HEATH
								WILL MELEHANI
								JOHANNA L. JACOB
								Attorneys for Plaintiff Poynt Corporation