CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>INNOWI, INC,<br><br>    Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**DECLARATION OF RAY TANAKA IN SUPPORT OF PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth L. Freeman |

I, Ray Tanaka, declare and state as follows:

1. I am the Chief Technology Officer of Poynt Corporation ("Poynt"). I am familiar with our confidential information and the potential harm that Poynt would suffer if its confidential information were publicly disclosed.

2. Exhibit 4 to the Declaration of Luc Dahlin In Support of Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) is Poynt's Response to Innowi's Second Set of Interrogatories ("Poynt's Response to Interrogatories"). ("Exhibit 4 to the Decl. of Dahlin"). This document is designated "Highly Confidential – Attorney's Eyes Only" pursuant Protective Order entered on January 15, 2019 in this matter.

3. Poynt's Response to Interrogatory No. 5, in Exhibit 4 to the Decl. of Dahlin, contains a list of third parties to whom Poynt has disclosed one or more of its trade secrets. This list reveals the identity of certain entities with whom Poynt has collaborated. The fact of that collaboration is not public knowledge and is, in many cases, covered by Non-Disclosure Agreements. The publication of this information would be harmful to Poynt as it would permit Poynt's competitors and/or others access to information about its collaborators and potential collaborators, and thereby gain an unfair competitive advantage in developing competing products.

4. To further tailor this request, I have reviewed the list of third parties in Poynt's Response to Interrogatory No. 5, in Exhibit 4 to the Decl. of Dahlin, and determine that three of the third parties listed are not confidential. As reflected in the redacted version of Exhibit 4, we do not seek to maintain those three third parties' names under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of July, 2019 in ___Palo Alto___, California.

_Ray Tanaka_
RAY TANAKA

- 1 -

TANAKA DECL. ISO
PLAINTIFF'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL