1  CLEMENT SETH ROBERTS (SBN 209203)
   croberts@orrick.com
2  JACOB M. HEATH (SBN 238959)
   jheath@orrick.com
3  WILL MELEHANI (SBN 285916)
   wmelehani@orrick.com
4  JOHANNA L. JACOB (SBN 286796)
   jjacob@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA 94105
   Telephone:  +1-415-773-5700
7  Facsimile:   +1-415-773-5759

8  Attorneys for Plaintiff
   POYNT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>    Plaintiff,<br><br>   v.<br><br>INNOWI, INC,<br><br>    Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom:  3, 5th Floor<br>Judge:  Hon. Beth L. Freeman |

# ORDER

Having considered Plaintiff Poynt Corporation's ("Poynt") Administrative Motion to file portions of Exhibit 4 to the Declaration of Luc Dahlin In Support of Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) filed on April 8, 2019 (Dkt. 53-5) under seal, and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that Poynt's Administrative Motion to Seal is **GRANTED**. The Court's rulings are set forth in the table below.

| ECF NO. | DOCUMENT | PORTION TO BE MAINTAINED UNDER SEAL |
|---|---|---|
| 53-5 | Exhibit 4 to the Declaration of Luc Dahlin In Support of Defendant Innowi, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) | 8:5-8 |

**IT IS SO ORDERED** on this ___ day of _____ 2019.

_____
Hon. Beth Labson Freeman
United States District Judge

- 1 -

[Proposed] Order Granting Plaintiff's Admin. Mot. to File Under Seal
5:18-cv-05814 BLF