CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff
POYNT CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>INNOWI, INC.,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Beth L. Freeman |

# PROOF OF SERVICE

I, Amy Maruska, am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa Street, Suite 3200, Los Angeles, California 90017.

On July 23, 2019, I served the following document(s):

**UNREDACTED VERSION OF EXHIBIT 4 TO THE DECLARATION OF LUC DAHLIN IN SUPPORT OF DEFENDANT INNOWI, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6) AND MOTION TO STRIKE PURSUANT TO F.R.C.P. 12(F) subject to PLAINTIFF POYNT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**(By Electronic Mail)** By transmitting said document(s) in portable document format from my e-mail address to the following person(s):

> Neel Chatterjee, Esq.
> Luc Dahlin, Esq.
> GOODWIN PROCTER LLP
> 601 Marshall Street
> Redwood City, CA 94063
> Email: DG-InnowiPoyntCorp@goodwinlaw.com

The transmission was reported as complete and without error. The parties listed above have consented to accept service by electronic mail.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on July 23, 2019, at Los Angeles, California.

_____
Amy Maruska

PROOF OF SERVICE
5:18-CV-05814 BLF