
CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Plaintiff Poynt Corporation

NEEL CHATTERJEE (SBN 173985)
nchatterjee@goodwinlaw.com
LUC DAHLIN (SBN 305732)
ldahlin@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant Innowi, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>INNOWI, INC.,<br><br>            Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NOS. 54, 55)**<br><br>Hearing Date: Sept. 5, 2019<br><br>Judge: Beth L. Freeman<br><br>Date Action Filed: Sept. 21, 2018 |

Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc. ("Innowi") hereby submit this stipulation seeking to modify the briefing schedule on Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (ECF No. 54) and hearing date, currently set for September 5, 2019 at 9:00 a.m. (ECF No. 55).

This is the fourth stipulation for an extension of time.  The parties are very close to executing a settlement agreement, but additional time is needed to allow the Parties to finalize terms and review the negotiated and drafted agreement before signing.  The Parties have agreed to extend the time for Poynt to file its response to the Motions from August 7, 2019, to September 6, 2019, and to extend the time for Innowi to file a reply to any opposition from August 21, 2019 to September 20, 2019  The parties respectfully request that the hearing on these motions, currently set for September 5, 2019 at 9:00 a.m., be re-set for October 10, 2019 at 9:00 a.m., or at the Court's earliest convenience thereafter.

Good cause exists to grant these extensions because the parties have nearly concluded settlement negotiations, and would benefit from a thirty-day extension to focus their efforts on finalizing the agreement rather than drafting and submitting the briefs that are subject to the deadlines-at-issue.  This extension will allow the parties to put all of their efforts and resources into resolving this matter, thereby preserving judicial resources.  The parties appreciate the Court's patience as they work towards resolution.

Accordingly, both Poynt and Innowi stipulate, should the Court permit, that Poynt's response to the Motions is due on September 6, 2019, Innowi's reply to the Motions is due on September 20, 2019, and the hearing on these Motions be set for October 10, 2019, or at the Court's earliest convenience thereafter.  A proposed order is submitted separately.

| | | |
|---|---|---|
| 1 | Dated: August 6, 2019 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | By: */s/ Clement S. Roberts* |
| 3 | | CLEMENT S. ROBERTS |
| | | JACOB M. HEATH |
| 4 | | WILL MELEHANI |
| | | JOHANNA L. JACOB |
| 5 | | Attorneys for Plaintiff Poynt Corporation |
| 6 | Dated: August 6, 2019 | GOODWIN PROCTER LLP |
| 7 | | |
| 8 | | By: */s/ Neel Chatterjee (w. permission)* |
| | | NEEL CHATTERJEE |
| 9 | | LUC DAHLIN |
| | | Attorneys for Defendant Innowi, Inc. |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP TO MODIFY BRIEFING AND HEARING
SCHEDULE RE DEFENDANT'S MOTIONS TO
DISMISS AND STRIKE
5:18-CV-05814 BLF

**Filers Attestation Pursuant to L.R. 5-1(i)(3)**

I hereby attest that all signatories for parties on this document concurred in the filing of this document.

Dated:  August 6, 2019                                    By:  */s/ Clement S. Roberts*
                                                                         Clement S. Roberts