1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| POYNT CORPORATION, | Case No. 5:18-cv-05814 BLF |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NOS. 54, 55)** |
| v. | |
| INNOWI, INC, | **AS MODIFIED BY THE COURT** |
| Defendant. | Judge:    Hon. Beth Labson Freeman |

[~~PROPOSED~~] ORDER
5:18-CV-05814 BLF

## ORDER

Having considered Plaintiff Poynt Corporation ("Poynt") and Defendant Innowi, Inc.'s ("Innowi") stipulation to seek rescheduling of the briefing on Innowi's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and Motion to Strike Pursuant to F.R.C.P. 12(f) ("Motions") (D.I. No. 54) and hearing date, currently set for September 5, 2019 at 9:00 a.m. (ECF No. 55), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED** that Poynt's response to the Motions is due on September 6, 2019, Innowi's reply to the Motions is due on September 20, 2019, and the hearing on these Motions be set for ~~October 10, 2019~~. **November 7, 2019, at 9:00 a.m.**

**IT IS SO ORDERED** on this **7th** day of **Aug** 2019.

_____
Hon. Beth Labson Freeman
United States District Judge