CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
WILL MELEHANI (SBN 285916)
wmelehani@orrick.com
JOHANNA L. JACOB (SBN 286796)
jjacob@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Plaintiff Poynt Corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POYNT CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>INNOWI, INC.,<br><br>            Defendant. | Case No. 5:18-cv-05814 BLF<br><br>**POYNT CORPORATION'S VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**<br><br>Judge: Beth L. Freeman<br>Date Action Filed: Sept. 21, 2018 |

Plaintiff Poynt Corporation ("Poynt") hereby voluntarily dismisses Defendant Innowi, Inc. ("Innowi"), Case No. 5:18-cv-05814 BLF, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"), with prejudice. The parties have reached a settlement agreement.  Innowi has not filed an answer or a motion for summary judgment in this action.

Accordingly, Poynt voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice, and this dismissal is immediately effective.

Dated:  September 6, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Clement S. Roberts*_____
CLEMENT S. ROBERTS
JACOB M. HEATH
WILL MELEHANI
JOHANNA L. JACOB
Attorneys for Plaintiff Poynt Corporation